## WAIVER CONCERNING TIMING OF INITIAL
## APPEARANCE BEFORE THE UNITED STATES MAGISTRATE JUDGE

1. I _Israel Pallado_, having been informed by _SA Jay Warran_
that I have been arrested for violations of Title _21_, United States Code,
_952   /   963_, Sections _____ pertaining to
_importation of a controlled substance / Conspiracy to import_

2. I have been informed and understand that I have the right under Rule 5(A) of the
Federal Rules of Criminal Procedure to be brought without unnecessary delay
before the nearest federal magistrate judge or other judicial officer for the
purposes of:

    a. being arraigned on my arrest;

    b. being advised of the charges against me and of my right; and

    c. having bail fixed by the court

**F I L E D**

MAR 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. At this time, I waive my right to appear before the nearest available federal
magistrate judge or other judicial officer without unnecessary delay for these
purposes.

4. I agree that my appearance may be delayed for a period not to exceed 72 hours
from the time I sign this waiver.

5. I do so knowingly and voluntarily, understanding that I have been arrested and
will remain in the custody until I am arraigned before a United States Magistrate
Judge or other judicial officer.

6. I understand that a complaint, information or indictment will be filed against me
charging me with a violation of federal criminal law and that I will be prosecuted
for that violation.

7. I also understand that the United States Magistrate Judge or other judicial officer
before whom I will appear may be located in a district other than the one in
which I was arrested and that I may be required to travel in the custody of
federal agents to locations other than the district in which I was arrested.

Defendant

Date this 28 day of _March_, 2008
At _0207_ (precise time)

Witness: _Jay Warran_

Witness: _____

Witness: _____