## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50017-1 | **DATE** | 3/28/2008 |
| **CASE TITLE** |  | USA vs ISRAEL PILLADO | |

**DOCKET ENTRY TEXT:**

Initial Appearance proceedings held.  Defendant appears in response to arrest.  Court appoints Mark Byrd as counsel. Defendant informed of rights. Financial affidavit due April 4, 2008. USA moves for detention. Detention hearing/Preliminary hearing set for April 2, 2008 at 10:00 am.   Enter order of temporary detention.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | GG |
|---|---|---|