**CJA 23**
**Rev. 5/98**

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States vs. Israel Pillado
FOR: Northern District of Illinois
AT: Rockford, Illinois

**LOCATION NUMBER:**

FILED APR 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PERSON REPRESENTED (Show your full name): Israel Pillado

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness

**DOCKET NUMBERS**
Magistrate:
District Court: 08 CR 50017
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box ▸): ☒ Felony  ☐ Misdemeanor
Conspiracy to Distribute Marijuana
Title 21, U.S.C. § 841(a)(1) + 846

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed
Name and address of employer: Pillado Construction, 2623 S. Keeler, Chicago, IL 60623
IF YES, how much do you earn per month? $ 2500.00
IF NO, give month and year of last employment
How much did you earn per month? $
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ 200.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE / DESCRIPTION
$190,000.00 — 2724 S. Keeler, Chicago, IL 60623 (Residence)
$4,000.00 — Vehicle – Chevy Express Truck
$5,000.00 — Personal Effects (Clothing, Furniture, etc.)

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Mortgage | TCF Bank | $176,000.00 | $1500.00 |
| IRS | United States Treasury | $2,000.00 | $200.00 |
| Utilities | (ComEd, Phone, Peoples Gas, etc.) | | $600.00 |
| Groceries + Misc. | | | $700.00 |

Approx.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) April 2, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▸ /s/ Israel Pillado