## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50017-all | **DATE** | April 22, 2008 |
| **CASE TITLE** | USA VS I. PILLADO, I. GONZALEZ, A. MORLES, C. HERNANDEZ, & L. LARA | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the February 2008 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE P. MICHAEL MAHONEY
Arraignments and pleas set for April 23, 2008 at 11:00 am with the exception of defendant Irineo Gonzalez which is set for April 24, 2008 at 11:00 am.

Grand Jury for the February 2008 Session,

By: _____ Foreperson.

United States Attorney: Joseph Pedersen

( 1 ) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | **Document Number** |
| | No notices required. | **FILED** | | |
| | Notices mailed by judge's staff. | | date docketed | |
| | Notified counsel by telephone. | APR 22 2008 | | |
| ✓ | Docketing to mail notices. | MAGISTRATE JUDGE P. MICHAEL MAHONEY | docketing deputy initials | |
| | Mail AO 450 form. | United States District Court | | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| GG | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |